# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| | CASE NO. 2:23-PO-00020 |
| v. | |
| | MAGISTRATE JUDGE JOLSON |
| **FRAZEE, JOHN E,** | |
| **Defendant.** | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this case is DISMISSED.

                                                  s/Kimberly A. Jolson
                                                  **KIMBERLY A. JOLSON**
                                                  **United States Magistrate Judge**

1/24/2024
**DATE**